Donald HARDING, Petitioner–Appellant,

v.

**Dean R. WALKER, Superintendent, Respondent–Appellee.**

No. 00–7822.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Donald Harding, pro se. Sandra Wallace–Smith, Assistant Attorney General, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Donald Harding seeks to appeal the district court's order denying relief on his

petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harding v. Walker*, No. CA–00–140–5–1–MU (W.D.N.C. Dec. 6, 2000). We also deny Harding's motion to compel preparation of a trial transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*